# COMPLAINT FORM

### (for non-prisoner filers without lawyers)



2016 MAR 25  PM 3: 59

## IN THE UNITED STATES DISTRICT COURT
### FOR THE Southern          ·   DISTRICT OF Indiana

(Full name of plaintiff(s))

## 1:16 -cv- 0685 TWP -DML

Peter Odongo

vs                                                    Case Number:

(Full name of defendant(s))

Ingram Micro                                          (to be supplied by clerk of court)

### A.   PARTIES

1.   Plaintiff is a citizen of _____Indiana_____ and resides at
                                  (State)

 6010 Lakeview Dr, APT G, Indianapolis IN 46224
                              (Address)

(If more than one plaintiff is filing, use another piece of paper).

2.   Defendant  Ingram Micro
                                                              (Name)

Complaint – 1

is (if a person or private corporation) a citizen of _____Indiana_____

(State, if known)

and (if a person) resides at _____

(Address, if known)

and (if the defendant harmed you while doing the defendant's job)

worked for _____

(Employer's name and address, if known)

(If you need to list more defendants, use another piece of paper.)

B.    STATEMENT OF CLAIM

On the space provided on the following pages, tell:
1.    Who violated your rights;
2.    What each defendant did;
3.    When they did it;
4.    Where it happened; and
5.    Why they did it, if you know.

Everyday I went to work at Ingram Micro(legal entity name: BrightPoint) during Aug. 2014 to June 2015, I was subject to harassment, stalking, hostile work environment, lewd jokes and shared sexual anecdotes. Employees systematically targeting me to fail in my work, made it really uncomfortable for me to go and work at Ingram Micro, everyday. Later a coworker Ms. Susan(Su) and Ms. Armstrong discriminately got me wrongfully terminated from my job using false accusations.

C.    JURISDICTION

☑ I am suing for a violation of federal law under 28 U.S.C. § 1331.

OR

☐ I am suing under state law. The state citizenship of the plaintiff(s) is (are) different from the state citizenship of every defendant, and the amount of money at stake in this case (not counting interest and costs) is $_____.

D.    RELIEF WANTED

Describe what you want the court to do if you win your lawsuit. Examples may include an award of money or an order telling defendants to do something or stop doing something.

 I want the amount of damages relief to be on federal cap based on my employers' number of employees they had while I worked for them. And on top of damages relief also I want the judge to determine the  amount regarding cases of harassment, discrimination, retaliation and the hostile work environment I was subjected to. I wan't employees at Ingram Micro, if possible be made responsible for malice harassment.

E.     JURY DEMAND

☐     Jury Demand - I want a jury to hear my case

OR

☑     Court Trial – I want a judge to hear my case

Dated this ____25____ day of ____March____ 20 _16_.

Respectfully Submitted,

_____

Signature of Plaintiff

(317)496-1087
_____

Plaintiff's Telephone Number

Ptrodongo@gmail.com
_____

Plaintiff's Email Address

6010 Lakeview Dr, APT G, Indianapolis IN 46224
_____

_____

(Mailing Address of Plaintiff)

(If more than one plaintiff, use another piece of paper).

## REQUEST TO PROCEED IN DISTRICT COURT WITHOUT PREPAYING THE FILING FEE

☑     I **DO** request that I be allowed to file this complaint without paying the filing fee. I have completed a request to proceed in the district court without prepaying the fee and attached it to the complaint.

☐     I **DO NOT** request that I be allowed to file this complaint without prepaying the filing fee under 28 U.S.C. § 1915, and I have included the full filing fee with this complaint.